179 So. 926

**Jas. W. THOMPSON v. STATE.**

8 Div. 646.

Court of Appeals of Alabama.
Feb. 8, 1938.

SAMFORD, Judge.
Affirmed.

186 So. 925

**Jess THOMPSON v. STATE.**

7 Div. 416.

Court of Appeals of Alabama.
Jan. 17, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

184 So. 922

**Cliff (alias Clifford) TICE v. STATE.**

4 Div. 418.

Court of Appeals of Alabama.
Nov. 22, 1938.

J. N. Mullins, of Dothan, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

186 So. 902

**Morris TIDWELL v. STATE.**

8 Div. 558.

Court of Appeals of Alabama.
March 29, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

177 So. 926

**J. D. TUBBS v. STATE.**

2 Div. 635.

Court of Appeals of Alabama.
Jan. 11, 1938.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

177 So. 926

**Annie TUCKER v. STATE.**

5 Div. 38.

Court of Appeals of Alabama.
Nov. 23, 1937.

SAMFORD, Judge.
Appeal dismissed.